IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: MAYRA LISSETTE DE JESUS CEPEDA

Bkrtcy. No. 11-05338-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jun 24, 2011 | Meeting Date: Aug 18, 2011 | DC Track No. 15 |
| Days from petition date: 55 | Meeting Time: 11:00 AM | |
| 910 Days before Petition: 12/26/2008 | ☐ Chapter 13 Plan Date: Jun 24, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) ___ Bankruptcy petition. | Plan Base: $39,000.00 | |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Sep 16, 2011 | Time: 2:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. 185  Date 7/25/2011  Amount $650.00 | Total Paid In: $0.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference   ☐ Creditor(s) present: ☑ None.
☑ Debtor Present   ☐ ID & Soc. OK   ☐ Debtor Absent
☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were   ☐ Examined   ☑ Not Examined under oath.
☑ Attorney for Debtor(s)   ☐ Present   ☐ Not Present
☑ Substitute attorney: A. Ceniclus   ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: **MARILYN VALDES ORTEGA***
Total Agreed: $3,000.00   Paid Pre-Petition: $0.00   Outstanding: $3,000.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.   Liquidation Value: TBD
Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ___
The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: September 16, 2011 at 11am.

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Tax returns requirements. [§1308] ___
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
- Paystubs had not been uploaded in the TFDA system. Trustee couldn't review them prior to meeting.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1   Date: Aug 18, 2011