IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE:   MAYRA LISSETTE DE JESUS CEPEDA

Bkrtcy. No.   11-05338-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

| | |
|---|---|
| Petition Filing Date: **Jun 24, 2011** | Meeting Date **Sep 16, 2011**   DC Track No. **12** |
| Days from petition date **84** | Meeting Time **11:00 AM** |
| 910 Days before Petition **12/26/2008** | ☐ Chapter 13 Plan Date **Jun 24, 2011** Dkt.# **2**   ☐ Amended. |
| This is debtor(s) **2nd** Bankruptcy petition. | Plan Base: **$39,000.00** |
| This is the **1st** Scheduled Meeting | Confirmation Hearing Date: **Oct 21, 2011**   Time: **2:30 PM** |

Payment(s) ☐ Received or
☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | **$1,300.00** |
|---|---|---|---|---|

---

**I.**   **Appearances:**   ☐ Telephone ☐ Video Conference        ☐ Creditor(s) present:   ☑ None.

☑ Debtor Present          ☑ ID & Soc. OK          ☐ Debtor Absent

☑ Joint Debtor Present    ☐ ID & Soc. OK          ☐ Joint Debtor Absent

Debtor(s) was/were       ☑ Examined   ☐ Not Examined under oath.

Attorney for Debtor(s)   ☑ Present    ☐ Not Present

☑ Substitute attorney: *Jaime Rodriguez, Esq*   Pro-se

---

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record:        **MARILYN VALDES ORTEGA***

Total Agreed **$3,000.00**          Paid Pre-Petition: **$0.00**          Outstanding: **$3,000.00**
                                                                          THROUGH THE PLAN

---

**III.**   Trustee's will file Motion to Dismiss:   ☐ For Failure to appear;   ☐ For Failure to commence payments.

---

**IV.**   **Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are)   ☐ Under   ☑ Above Median Income.        Liquidation Value:

Commitment Period is   ☐ 36   ☑ 60 months.   [§1325(b)(1)(B)]   Gen. Unsecured Pool:

The Trustee   ☐ RECOMMENDS   ☑ OBJECTS   Plan confirmation.

§341 Meeting   ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for:

---

**V.**   Trustee's OBJECTIONS to Confirmation:   what it purpose to pay 2. $45,000.00

☐ FEASIBILITY [§1325(a)(6)]   ☑ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)

☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]

☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:

---

/s/ José R. Carrión
Trustee                    Presiding Officer           Page 1 of ___           Date: Sep 16, 2011